Dismissed and Memorandum Opinion filed Mary 25, 2006









Dismissed and Memorandum Opinion filed Mary 25, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00060-CV

____________

 

CYNTHIA BELLEGGIE, ET AL,
Appellants

 

V.

 

RUSSELL TODD VOELKEL,
Appellee

 



 

On Appeal from County Civil Court
at Law No. 4

Harris County
, Texas

Trial Court Cause No.
851,636

 



 

M E M O R A N D U M  O
P I N I O N

This appeal is from a judgment signed January 12, 2006.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On April 17, 2006, notification was transmitted to all
parties of the Court's intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).








Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed May 25, 2006.

Panel consists of Justices Hudson,
Fowler, and Seymore.